IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.  Criminal Case No. 2:07CR20051-001

STEPHEN HEFLIN

### ORDER

On July 23, 2007, the United State District Clerk received Certificate of Title, State of Oklahoma, #400600137001 for a 2000 Ford ISV Truck, VIN 2FTZF0733YCA64430 and Certificate of Title, State of Oklahoma, #401100304013 for a 2000 Ford F150 4L, VIN 1FTRX18L2YNC35148 posted as collateral by Shirley Heflin on behalf of Defendant Stephen Heflin. On December 2, 2008, the defendant was sentenced by the Honorable Robert T. Dawson, United States District Judge, to thirty-three (33) months imprisonment, five (5) years supervised release, $100.00 special assessment and $2000.00 fine. The United States Marshal Service confirmed telephonically on April 8, 2009, the defendant surrendered to the Bureau of Prisons on February 3, 2009, as ordered.

It appearing to the Court that the above-named defendant has fulfilled the conditions of the appearance bond executed on July 23, 2007, and the certificate of titles posted as collateral should be returned to Shirley Heflin.

IT IS THEREFORE ORDERED that the United States District Clerk return Certificate of Title, State of Oklahoma, #400600137001 for a 2000 Ford ISV Truck, VIN 2FTZF0733YCA64430 and Certificate of Title, State of Oklahoma, #401100304013 for a 2000 Ford F150 4L, VIN 1FTRX18L2YNC35148 to Shirley Heflin upon presentation to the

Clerk of Court, Fort Smith Divisional Office, the original non-cash collateral receipt No. 0062.

Dated this 8th day of April, 2009.

_____
Honorable Barry A Bryant
United States Magistrate Judge

cc: All counsel of record

Shirley Heflin
P O Box 486
Poteau, OK 74953-0486

Gina Hellums, Financial Administrator

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 13 2009
CHRIS R. JOHNSON, CLERK
BY           DEPUTY CLERK